UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FAR NORTH PATENTS, LLC<br><br>v. | §<br>§<br>§<br>§ | |
| CENTURYLINK, INC., ET AL. | §<br>§<br>§ | CIVIL NO.   4:20-CV-821-SDJ<br>LEAD CASE |
| CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., ET AL | §<br>§<br>§ | CIVIL NO.   4:20-CV-822-SDJ |
| DASAN ZHONE SOLUTIONS, INC. | §<br>§ | CIVIL NO.   4:20-CV-823-SDJ |
| TECHNICOLOR SA, ET AL. | §<br>§ | CIVIL NO.   4:20-CV-826-SDJ |
| WINDSTREAM HOLDINGS, INC., ET AL. | §<br>§ | CIVIL NO.   4:20-CV-828-SDJ |
| ZYXEL COMMUNICATIONS CORPORATION | §<br>§ | CIVIL NO.   4:20-CV-829-SDJ |

## ORDER

The above-captioned cases are hereby **ORDERED** to be **CONSOLIDATED** for all pretrial issues (except venue) with the LEAD CASE, Cause No. 4:20-CV-821. All parties are instructed to file any future filings (except relating to venue) in the lead case. Individual cases remain active for venue determinations and trial. The Court will enter one docket control order, one protective order, and one discovery order that will govern the entire consolidated case.

If a docket control order, protective order, discovery order, and/or appointment of mediator has been entered in the lead case at the time new member cases are added to the consolidated action, all parties are directed to meet and confer in order to determine whether amendments to such documents are necessary.

1

The local rules' page limitations for Markman briefs and other motions will apply to the consolidated case. To further promote judicial economy and to conserve the parties' resources, the Court encourages the parties to file a notice with the Court in the event that other related cases are filed on the Court's docket that may also be appropriate for consolidation with this case.

The Clerk is instructed to add the consolidated defendants into the lead case and their corresponding lead and local counsel only. Additional counsel may file a Notice of Appearance in the lead case if they wish to continue as counsel of record in the lead consolidated action. Counsel who have appeared pro hac vice in any member case may file a Notice of Appearance in the lead case without filing an additional application to appear pro hac vice in the lead case. Counsel who have not appeared in a member case at the point when it is consolidated into the lead case should file a Notice of Appearance only in the lead case, and such Notice should state the relevant member case.

**So ORDERED and SIGNED this 28th day of October, 2020.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE